Elizabeth A Douglas
V.S.

Commonwealth of MASS.
achusettes

VS.

Cambridge Health Alliance
& Afflicates

VS

Dr. Snyder

RECEIVED
SDNY PRO SE OFFICE
2022 JAN -4 PM 2: 56

# Dr. Snyder-Cambridge Health Alliance

**Witness**

HAH RN Nurse Manger

MT Elane
RN Nurse Mary
Michal.

Lyle Ronan
Des Moran
MARK Moran Jr&SR
Mary o'Koole
Elizabeth Brydan

Karen Cooke
Judy king All employees who have
been working here I went to question
St Charles wesley Hospital
Pat power
Kathleen O' Donohue
Pauline Sealley
Attorney Wioni Wilhoist
Attorney pauline stolty
Attorney Herb Oken
Brett Stevenson

Evergreen
Pale
Judy Mc Neu
Judge Guendoln
HPT

---

Discovery+ All Medical Records from 2016 – 2021
Regarding being committed in the hospital
all
All Lists of Drs involed in My care from
2016 - 2021
All Mediciations been perscribed since 2016- 2021
A Retase of all my Nurses Names there Mangers
and everyone who works on West 2 at the Cambridge
Heath alliance 103 Garland Street
All files and person writing in my file to be given unredacted

---

Motions Paper work to file motions       Because I'm
    access to websites unlimited for       Running for
    purpose of prosea attorney                 Presidenti
Motion to add video's from hospital proving I'm    Election
Not dangerous for dis covery which I'm being
Refused my basic human Rights. My civil Rights
my Soghy          I'm sueing for 20 Million dollars
R TS Sydrome    Mental Abuse verbal abuse
emotional abuse DMV sydrome my Constitunal Rights
Article I  Article 2   Article 3  Article 6

---

Affidavits
Paper work Needed to file affidavits
I'm being denied My Constitutional Civil Human Rights
Since 1964 Lyndon B Johnson outlawed discrimination
against women on Race Religion Creed, Sex and Education
and employment. Also since 1776 The decleration of independece
has gauranteed us life liberty and purs it of happiness which has
been denied ME since 1980 with the commonwealth. Under the delecleration
of Independence that when any form of government becomes destrutive
at these ends. Its the right of the people to abolish it. "I am the people"

My Civil Rights the rights a human beign regarding
Race Creed Religion sex to have Rights as well as political
The Covenent deals with such rights as freedom of movement
equality before the law the right to a fair and speedy trial. And presumtion
of innocent freedom of thought, conscience and religion freedom of
opinion and expression, peaceful assembl freedom of association
participation in public affairs and elections And protection of all minority
Rights.
It prohibits arbitary deprivation of Life torture and degrading treatment
or any punishment or Slavery. and forced labar arbitry arrest.

Definition of arbitratry, Interference with privacy wark
Propaghnda discrimination or Racial or Religios hatred.

My Humans Rights Dec 18, 1979
Convention of Elimination of all forms of discrimination against all
women
Universal Declaration of Human Rights to the United Nations
peace dignity and Equality for all on a healthy planet
It is my Right to run for president and the Mysogny to have faced
Since 2016-2021, I've been called a liar laughed in
my face, Dec 13, 2021 I announced, and And Dec 16 was hired
by the federal government. I have and economic social and
Cultural right the right to work in just favourable positions the right
to social protection to have adequate Standard of Living, and the
highest attainble standards of physical and Mental well being
The rights to education and enjoyment of benefits Cultral freedom
and scientific progress a Human Rights has been protected universally.
OHCHR her database un. org. Article 7 has also been broken
I will be applying to get a Chapter 11 from the United Nations
And The Decleration Universal HumanRights specific for
women or persons with disability,
Under Section 501 (c) I am exempt under 255-21010-25224
I'm working for the federal government wikipedia, I singed
the declaration of independence through wikipedia and the
Constitution of the United States.

In Ockner V Donidson 1975 422 US. 563
States cannot Constitutionally Confine "whithatewore" A person who is
not a danger to himself or others.

Addinsong VS Texas 1979 441 US. 418
Clear and Convincing Evidence that the plantiff. that the plantiff
needs commitment.

491-US. 134 Zinermon VS Burch If there idangersots to
know one the can saftely live free,

Kanas VS. Crave 534 US. 467 2002
There must be proof of serious difficulty in Controlling
behavior belived in light of such features of the cases
As the nature of phychiatric diagnosis and the severent of
Mental abnormality itself.

I was [illegible] Veterans Defense Service [illegible]

U160752 My Charitable organization because I'm the president of the company has been impeded by this. I have not been able to pay my bills, I have not had Access to My Foundation, they help everyone else break rules for everyone took away phone privalages and acess to my accounts they help everyone get in their phones but me I've been played with.

I have been involved with the mob since I was a child and My Children were taken in 1996 Feb 14 Valentines Day I was supposed to recieve a 12 hr hearing was denied for almost a fall year You broke My 6th Admentment rights

I was put on Medication since I was 13 all different kinds, I do not have bipolar I have severe ptsd because of what I saw. Because of my connection to the mob, I Started My book on Facebook live under my maiden name Elizobeth DiTucci Since 2016 I have been trying to run for president and I've been locked up every time. Forced medication I do not need. when I Started writing my book 2 weeks ago I was locked up by my husband again I was at Waverhill hospital, for days during that time in the hospital Unbeknowest to Me the russian Mob Chinese Mobi and Japanese Mob broke Into my Son's computer and downloaded childrens pornography and sold it on My sons commuter, Microsoft got involved and I put it on fb. that who at bullied, blackmailed with phone calls threats of court on a commitment. I've asked for a lawyer I've been denied. I've asked for my records been denied. I Started all this in November. after utubers Kate peters Michal willette and Ryan B Bartley as well as steven wilkos celebertat

Was apart and still are apart of there youtube channels will say Gloryhole Masshole reports and Biz Mathys channel starting attaching my family and my trans Gender daughter Stealing pictures, My wedding video put pictures up of disgusting things about My child. So I Got in touch with every news paper every TV Station every country every place all over the earth I contacted as I did this and wrote the domino Effect 11's and audiobiography so who I am I left bread crumbs And I sent it all to the federal Government, I also have been live on every channel through the federal Government including Youtube. I'm done being a victim a punching bag, and words are powerful and they hurt. Dr Snyder knows nothing about Mental health he's been giving Me pills for days and I've spitting them out, I spit them in my coffee. I am absolutely on no medication please come take my blood I have nothing in my system. I kept telling them at cha who I was, but they wouldn't listen I've tried to be nice, but not anymore, I'm suing this hospital and the Commonwealth of Massachusettes for 30 Million dollars for Punitive damages Since 1980 to me from 1996 until Now for My children being taken for nothing but lies. they were burned beaten raped mutilated and lied to now. Ellen Degeneross Gave Me a Chime Credit card and I dont access anything because they refuse to help me. I'm suing them on Rape Trauma sydrome I repeatedly told them I had been raped, and they refuse to listen And they use extortioan in the way of emotial black male to make you do what they want.

I will be a _____ get more _____ than a gold there and get laughed at. I will also be suing for Mysogny against every member of the Chs Team. I also will be suing Chs & all sum athletes with the violations of the Constitional laws they have broken. Article 1 2 3 of the Constitution an Artict 6. I have no formal education everytime I went to School I was forced to quit or thrown by the police by the Department of Social Services and I have passed by Bar on line and I did it Here on FB, all I have have is google And I put my case better together than any of your lawyers. I am a Scient and because I'm so Smart I have brain damage my frontal lobe and my temporal lobe. I learn with music. I'm a singer Song writer Lawyer civil activist and I'm tired of being MISSrepresented.

Punihing Boy. I Request my full unredacted My case with DSS and my father Vincent James DiTucci Darlene Corbett my first social worker. When my father Shatterd my hand so I could never play piano again. My sister Lucy Ann DiTucci used to get paid money to Crack my Skull. All I have in this psy ward is a tablet with very limited access. And a bible music is the way I learn And Chs makes fun of me Just like everyone has. I work also with the CDC and I reported them for their unprotection of covid. And it's disgusting food on the floor for days. They are cruel and brutal here I've seen to much since 2016 and to much has happened to me to be quiet anymore. You can have a copy the original Stays with Me. Because I'm going to the news Next I've had enough abuse to last a life time. I also will be suing anyone for original abuse.

Now the Mental and emotional abuse here is the same you would get in any abusive home. I intend to run all the mental Health facilitys in Mass take it on as part of my Charity, and fire the incompentant and abesive staff that's here. And the Human Rights officer Karen Corpe does not follow the rights of being a human being so how can she be the human rights officer And she refuses to help you. This is supposed to be a place where you get help but they don't. They drug you into submission They don't listen no where others. They don't acknowledge you as a human being Were in prison and that will not stand with the Me. And the lawyers do not work for you. This organization is not with Christ I am. And this System is and abomination to Christ. What you people do to God children is atrocious and disgusting. And what you've done to me is awesome. I want all the court Records since 1980 - 2022 including all my children And the hospitals that committed me. My Court hearing is Thursday and I have no lawyer. I Need help Now!

I will Not be Another Statistic you throw away I will be heard Even if I have to lose It to the americal people. They are trying to Slander and defile my numbers. I have dignity an respect and there trying to strip it from me and other patients. there money hungry pigs and so is Dr Shgler

Motion

Discovery All records realeased to her Regarding my son Robert Allen Douglas Jr from Judge Baler cambridge assessment unit. Walter school N Needham hk is. and Dighton house in Dighton Mass. And Bedeff New Marshre an files and records realead unredacted. Since 1985 Art Sarh worker was gun inserun. Equny Record with Tricety mental Health-trusy 1990 - Feb - 2005, Cory Adam Dougls 8 21 88 Des Mirah Doe evergreen cambridge asser Josina 8-21 87 Dan Leeanne Susen Goss of all my children. Corey 23? I wrote my son a poem the day he left to go to Charles wesley Post school Parlprobed 18 Jeerica July 14 1891 Austin Oct 29. 92 Everything from Mass General first Dr Ben when I kept asking 3 there a choice my child was stoulcher he said no and then a day latr we found out the trut. On Rose & Joe clekcafron 74 harvard St malden the Victoras story Myll All vicious Monters who iyeed My 3 babies and blamed it on my son Robert they had already known reukes at Walter school. But they deed nt a pro. t

Paisy and rob was it my children were mutilatd, because of the hospital and the Department. I want all my records from DSS can be collaberative with Act Not listing all visits with Kathleen Donoghue and affiliats

DSS from somanile Ro Slinkdole Malden Medford chelsea Revere Everetts

Elizabeth Douglas

VS

The Commonwealth of Massachusetts
Department of Mental Health

VS.S.

Everett Widden Hospital
Cambridge health Alliance

Elizabeth A Douglas

. VS.

Cambridge Heath alliance.

from 2016 - 2021

V S

The Commonwealth of
Massachusetes

## Your Responsibilities

In addition to your rights, you have some responsibilities. Here are some of them.

- Give correct and complete facts about your new and old health problems.
- Bring identification and insurance papers.
- Ask for help if you do not understand what you have heard about your care.
- Treat others with respect.
- Follow safety rules to keep everyone safe.
- Do not smoke or use other drugs.
- Follow visiting hours.
- Do not use your own electrical equipment, like shaver or TV.
- Keep noise low. Ask your visitors to speak quietly.
- Take care of your bills on time.
- Help your caregivers help you.

## Decisions Concerning Your Medical Care

This document describes your rights under Massachusetts Law to make decisions about your medical care, to accept or refuse medical or surgical treatment, and to complete a Healthcare Proxy. It is important that you read this carefully and ask your doctor any questions you may have about your care.

## Your Right to Receive Information and Make Decisions about Your Medical Care

You have legal rights regarding your medical care. These include the right to:

- Receive from your doctor information that you need to make an informed and voluntary decision about whether to agree to a procedure or treatment your doctor recommends
- Receive that information in a way that you can understand.
- Accept or refuse any procedure or treatment, including life-sustaining treatments.

Simply stated, before you decide to accept any treatment or procedure, you must be given information including:

- A description of the recommended treatment or procedure, including its risks, benefits, and likely outcomes, including the likely results of not having any treatment at all.
- The major problems, if any, expected in recovering, and the time during which you might not be able to resume your usual activities.
- Other information usually given by physicians to otherss in similar circumstances.
- Other information which would be important for you in making your decision.

## Healthcare Proxy: When you Cannot Speak for Yourself

There may come a time when, because of illness or accident, you are not able to make your own decision. In Massachusetts, if you are at least 18 years old and competent, you may complete a Healthcare Proxy Form which lets you choose another person (called your Healthcare Agent) to make healthcare decisions for you if you cannot.

Your Healthcare Agent may act for you only if your doctor determines, in writing, that you are unable to make or communicate your own healthcare decisions (if you're in a coma, for example). Your Healthcare Agent would then have the legal authority to make all healthcare decisions for you, including decisions about life-sustaining treatment. But the Healthcare Proxy law also allows you to put specific limits on your Agent's authority, if you choose to do so.

The purpose of the Healthcare Proxy is to make sure that your wishes are respected if you become unable to decide for yourself. You're not required to complete a Healthcare Proxy on admission or at any other time in order to receive medical care from any healthcare provider. You have the right to receive the same type and quality of healthcare whether or not you complete a Healthcare Proxy.

**Complaints:**

o The right to file a complaint if you believe your care or treatment is inhumane, dangerous, or illegal.

## If You Think Your Rights Are Not Being Met

You may talk with a Human Rights Officer. You also have the right to file a written complaint. The Human Rights Officer can help you fill out this form and will also help you understand what will happen once you file a complaint. If you do not want to file a complaint in writing, you can just tell the Human Rights Officer, or other staff, about your complaint. Complaining will not hurt your rights. You can get help if you disagree with your care. For help you can call the Patient Relations Representative at **617-665-1398**. You can also complain to:

The Department of Mental Health (DMH)
25 Staniford Street
Boston, MA 02114
617-626-8000

The Board of Registration in Medicine
178 Albion Street
Wakefield, MA 01880
781-876-8200

The Department of Public Health (DPH)
99 Chauncy Street
Boston, MA 02111
1-800-462-5540

The Joint Commission
www.jointcommission.org (using the "Report a Patient Safety Event" link in the "Action Center" on the home page of the website)
630-792-5636 (fax)

The Department of Children and Families (DCF)
For those aged birth to 17
600 Washington Street
Boston, MA 02111
1-800-792-5200

The Disabled Persons Protection Commission (DPPC)
For those aged 18-59
300 Granite Street
Suite 404
Braintree, MA 02184
1-800-426-9009

The Executive Office of Elder Affairs
For those aged 60 and older
One Ashburton Place, 5th Floor
Boston, MA 02108
1-800-922-2275

Rev. December 2019

5. The right to reasonable access to a phone to make and receive confidential calls.
6. The right to a fresh air break daily as weather permits and based on individual assessment.

In addition, you have these rights:

**Personal Affairs:**
o  No right protected by the Constitution or laws of the United States and the Commonwealth of Massachusetts may be limited because you have been admitted to a psychiatric hospital or unit.
o  This includes the right to vote, hold a driver's license, marry, enter into contracts, or make a will.
o  These rights may be affected by the terms of a guardianship or by your mental status.
o  Undocumented immigrants have the same rights under the provisions of M.G.L. c. 123 as citizens of the United States.
o  The right to wear your own clothes, to keep and use your own personal items, including certain toilet articles, as safety permits.
o  The right to individual storage space, and to keep and spend a small amount of money.
o  The right not to have unreasonable searches you or your property.

**Treatment:**
o  The right to treatment, which is suited to your needs and which is administered skillfully, safely, and humanely with full respect for dignity and personal integrity.
o  The right to be told the nature of your illness and why the team believes you need treatment.
o  The right to be informed of a treatment's purpose, risks, side effects, and likely outcome, as well as alternative treatments available (including the alternative of no treatment) before giving consent.
o  The right to be told the name and position of your physician and other staff responsible for your care and treatment.
o  The right to refuse psychiatric medication and other treatment except in an emergency or when the court has appointed a guardian to give consent for you or when a court has ordered a particular treatment.
o  The right to change your mind and withdraw consent at any time after giving it.
o  The right to be free from corporal punishment, the infliction of pain or physical discomfort, or, except as required for medical procedures or treatment, deprivation of food or sleep for any reason.

**Information on Rights:**
o  The right be given, on admission, a copy of your rights.
o  The right to have information on human rights posted on the unit, and made available to those who cannot read or understand English.

**Commitment Hearings and Legal Counsel:**
o  The right to be provided with, upon request, the name, address and telephone number of the Mental Health Legal Advisors Committee, Committee for Public Counsel Services, and authorized Protection and Advocacy organizations.
o  The right to reasonable assistance provided in contacting and receiving visits or telephone calls from attorneys or paralegals from such organizations.
o  The right to a timely hearing and representation by counsel as provided by law for commitment court hearings.
o  The right to make written application to the superior court for a judicial determination of the necessity of continued commitment pursuant to M.G.L. c. 123, § 9(b) if you believe or has reason to believe you are involuntarily committed and should no longer be retained.

**Education:**
o  The right to educational services, including collaboration and coordination with outside school personnel, during the academic school year for those ages 21 and younger.

Fax Server                    12/24/2021 12:40:52 PM   PAGE   4/004    Fax Server

12-24-21;10:21AM;CHA Everett                    Malden Court        ;123                # 2/ 16

| REQUEST FOR EMERGENCY HEARING<br>AFTER INVOLUNTARY ADMISSION TO MENTAL HEALTH FACILITY<br>G.L. c. 123, § 12(b) | DOCKET NO. (to be added by court) | Trial Court of Massachusetts<br>District Court Department<br><br>_____ District Court |
|---|---|---|

*To be completed after consultation with a lawyer. Thank, and then filed with the court by fax and a copy given to the facility Director.*

**IN THE MATTER OF**  
NAME OF PATIENT  
Elizabeth Douglas

I, the patient named above, have been involuntarily admitted to ___Everett Cha,___  
NAME OF FACILITY

I hereby request an emergency court hearing because I have reason to believe that my admission resulted from an abuse or misuse of the admission procedure of Massachusetts General Laws c. 123, § 12(b):

1. ☐ The hospital did not inform me of my right to request a lawyer.
2. ☐ The hospital did not notify the Committee for Public Counsel Services of my request to have a lawyer.
3. ☐ The Committee for Public Counsel Services did not appoint a lawyer to represent me, or the lawyer appointed to represent me did not meet with me.
4. ☒ A psychiatric examination was not conducted by a physician designated by the Department of Mental Health.
5. ☒ A psychiatric examination was not conducted within two hours.
6. ☒ Other abuse or misuse of the § 12(b) admission procedure (describe the alleged abuse or misuse):

*Please note that a designated physician's clinical decision that failure to hospitalize the patient would create a likelihood of serious harm by reason of mental illness is not subject to review at an emergency hearing.*

I give permission to the facility to release my mental health records to the court solely for the purpose of the requested hearing.

| DATE SIGNED | COUNSEL'S SIGNATURE (if any) | PATIENT'S SIGNATURE |
|---|---|---|
| Dec 23 | X | X Elizabeth A Douglas |

**COURT'S RULING ON REQUEST**  
To be completed by judge and returned to patient and admitting facility by FAX

Upon review of the above request, the Court hereby ORDERS that:

☐ The request for hearing is ALLOWED and a HEARING IS SCHEDULED for _____  
☐ IN THIS COURT.   ☐ AT THE FACILITY NAMED ABOVE.   DATE & TIME  
The patient shall be present at such hearing unless through counsel he or she waives the right to be present.

☒ The request for hearing is DENIED because:  
☐ The above request does not allege any abuse or misuse of the admission procedure of § 12(b).  
☒ Other (describe): Ms. Douglas has hearing 10/30/21

| DATE | JUDGE |
|---|---|
| 12/24/21 | X  Murphy J. |

(rev. 00/08)



U.S. POSTAGE >> PITNEY BOWES

ZIP 01801 $ 001.16⁰
02 1W
0001403051 DEC 29 2021

Elizabeth Douglas
103 Garland Street
Everett Mass 02149

Middle Sex County Superior Court
200 Trade center Dr, Floor 2 woburn mass
01801

VS

Boston Municipal Court
only

To Federal courts
500 Pearl St. New York
N/ey 10007, United States

RECEIVED
2022 JAN -3 PM 4:11
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
SDNY PRO SE OFFICE
2022 JAN -4 PM 2:37

Pro Se

Pro Se

USMPs
SDNY